UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

ERIC GRIFFIN,

    Plaintiff - Appellant,

and

ROD BLAGOJEVICH,

    Plaintiff,

vs.

BARACK H. OBAMA; DEPARTMENT OF JUSTICE,

    Defendants - Appellees.

2:10-CV-01171-PMP-LRL
Court of Appeal No. 10-17060

**ORDER**

Court having read and considered Plaintiff/Appellant's Motion for Change of Venue (Doc. #6), Plaintiff/Appellant's Emergency Motion Requesting Appellant Counsel to be Assigned to Petitioner (Doc. #9) and Plaintiff/Appellant's Emergency Motion Requesting Appellant Counsel to be Assigned to Petitioner (Doc. #10), and good case appearing,

**IT IS ORDERED that** Plaintiff/Appellant's Motion for Change of Venue (Doc. #6), Emergency Motion Requesting Appellant Counsel to be Assigned to Petitioner (Doc. #9) and Emergency Motion Requesting Appellant Counsel to be Assigned to Petitioner (Doc. #10) are **DENIED**.

DATED: September 24, 2010.

_____
PHILIP M. PRO
United States District Judge