UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| ERIC GRIFFIN,<br><br>        Plaintiff - Appellant,<br><br>and<br><br>ROD BLAGOJEVICH,<br><br>        Plaintiff,<br><br>vs.<br><br>BARACK H. OBAMA; DEPARTMENT OF JUSTICE,<br><br>        Defendants - Appellees. | 2:10-CV-01171-PMP-LRL<br>Court of Appeal No. 10-17060<br><br>**ORDER** |

The Court having read and considered Plaintiff/Appellant's Emergency Motion (Doc. #12), and good case appearing,

**IT IS ORDERED that** Plaintiff/Appellant Eric Griffin's Emergency Motion (Doc. #12) is **DENIED**.

DATED: September 24, 2010.

*/s/ Philip M. Pro*

PHILIP M. PRO
United States District Judge